Or LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
  *alex.wyman@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
  *serrin.turner@lw.com*
Matthew P. Valenti (*pro hac vice forthcoming*)
  *matthew.valenti@lw.com*
1271 Avenue of the Americas
New York, NY  10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA COLES, et al., <br><br> Plaintiff, <br><br> v. <br><br> WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2:25-cv-04651 <br><br> **NOTICE TO CLERK OF ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** |

1    **TO THE CLERK OF THIS COURT:**

2       PLEASE TAKE NOTICE THAT Defendant Whaleco Inc., removed an

3   action seeking statewide injunctive and/or declaratory relief from Superior Court of

4   the State of California for the County of Los Angeles, *Laura Coles, et al. v.*

5   *Whaleco, Inc. et al.*, Case No. 25STCV08563 to the United States District Court,

6   Central District of California on May 22, 2025.

7

8   Dated: May 22, 2025                    Respectfully submitted,

9                                          LATHAM & WATKINS LLP

10                                         By: */s/ Alexander C.K. Wyman*

11                                             Alexander C.K. Wyman
                                               *alex.wyman@lw.com*
12                                             355 South Grand Avenue, Suite 100
                                               Los Angeles, CA 90071-1560
13                                             Telephone: +1.213.485.1234
                                               Facsimile: +1.213.891.8763
14
                                               Serrin Turner (*pro hac vice*
15                                             *forthcoming*)
                                                 *serrin.turner@lw.com*
16                                             Matthew P. Valenti (*pro hac vice*
                                               *forthcoming*)
17                                               *matthew.valenti@lw.com*
                                               1271 Avenue of the Americas
18                                             New York, NY 10020
                                               Telephone: +1.212.906.1200
19                                             Facsimile: +1.212.751.4864

20                                             *Attorneys for Defendant*
21                                             *Whaleco Inc. d/b/a Temu*

22

23

24

25

26

27

28