Mark Potter Esq., SBN 166317
Krista Hemming, SBN 304213
**POTTER HANDY, LLP**
100 Pine Street, Ste. 1250
San Francisco, CA 94111
Phone: (858) 375-7385; Fax: (888) 422-5191
Email: TEMUlit@potterhandy.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURA COLES, et al.

Plaintiffs,

vs.

WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive,

Defendants.

**CASE NO. 2:25-cv-04651-MRA-MAA**

**PLAINTIFFS NOTICE OF NON-OPPOSITION TO ORDER TO SHOW CAUSE RE: CONSOLIDATING CASES**

Plaintiffs through its counsel of record, hereby submit this Notice of Non-Opposition to the Court's Order to Show Cause Regarding Consolidation of Related Actions issued on July 03, 2025, into a single action titled *In re: Whaleco Inc. Malware Litigation*, Case No. 2:25-cv-04651-MRA-MAA, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

Plaintiffs respectfully submit that no further response is necessary.

POTTER HANDY, LLP

Dated: July 7, 2025

Krista Hemming
Attorneys for Plaintiffs